IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR261 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JAMAL WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 7th day of December, 2005, on the Motion of the Defendant for an order to seal document.  (Filing No. 30)

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the document named in Defendant's Motion to File Under Seal shall be filed under seal.

BY THE COURT:

Date: December 7, 2005.          S/ F.A. Gossett
                                 United States Magistrate Judge