IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR261 |
| | ) | |
| JAMAL WRIGHT, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the following is set for hearing on **December 13, 2005** at **11:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Bond Hearing

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 12th day of December, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge